**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CARL T. JONES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09mc0213** |
| | ) | **Judge Trauger** |
| **TONY PARKER, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### O R D E R

The petitioner has submitted several documents (Docket Entry No. 4) that were mistakenly

filed in this pending action. The documents at issue should have been filed in Case No. 3:09-0301.

The Clerk is directed to **STRIKE** Docket Entry No. 4 from this action, and to **FILE** those

documents in Case No. 3:09-0301. Once filed in Case No. 3:09-0301, **NO FURTHER ACTION**

**IS REQUIRED** with respect to the documents at issue. The Clerk is **DIRECTED** to reference this

Order in the docket entry in Case No. 3:09-0301.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge